684 A.2d 120

## COMMONWEALTH of Pennsylvania

v.

## Nelson VECCHIONE, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 17, 1996.

Decided Nov. 8, 1996.

Norris E. Gelman, Marcelle Benjamin, Philadelphia, for Nelson Vecchione.

Catherine Marshall, Alan Sacks, Philadelphia, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIGRO, J., dissents.